AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| AMETHYST ENTERPRISE INC., a Florida Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> GOOD FOOD FLORIDA INC., a Florida Corporation <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-60343-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GOOD FOOD FLORIDA INC.
6570 West Atlantic Ave
Delray Beach, FL 33446
ATTN: Rana Khan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Drive, Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  02/21/2025

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AMETHYST ENTERPRISE INC., a Florida Corporation | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  0:25-cv-60343-WPD |
| GOOD FOOD FLORIDA INC., a Florida Corporation | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GOOD FOOD FLORIDA INC.
1040 W Prospect Rd
Oakland Park,  FL 33309
ATTN: Rana Khan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Drive, Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   02/21/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts